MARY H. GIBSON, APPELLEE, v. ELMER E. SWEET, IM-
PLEADED WITH LIZZIE SIDWELL ET AL., APPELLANTS.

FILED MAY 8, 1902. No. 11,820.

Appraisers: WITNESSES: VALUE OF REAL ESTATE. An honest difference of opinion between appraisers and witnesses, as to the value of real estate sold under a decree of foreclosure, affords no sufficient ground for setting the sale aside.

APPEAL from the district court for Custer county. Heard below before SULLIVAN, J. Affirmed.

Nathan T. Gadd, for appellants.

Alpha Morgan, contra.

PER CURIAM.

This is an appeal from an order of the district court confirming a sale of real estate made by the sheriff of

Custer county under a decree of foreclosure. The property was appraised at $2,000. Several witnesses for appellants fixed its value at $3,000. There is nothing to indicate that the appraisers acted fraudulently, and it is not even certain that they committed an error of judgment. In these circumstances, it is clear that the order of confirmation should be, and it is,

AFFIRMED.